ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**THUNDER PROPERTIES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, SOLELY AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2005-11,<br><br>Plaintiff,<br><br>vs.<br><br>WINGFIELD SPRINGS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; WESTLAND CONSTRUCTION CORP., a Nevada corporation; THUNDER PROPERTIES, INC., a Nevada corporation; DOE INDIVIDUALS I through X; and ROE CORPORATIONS 1 through 10,<br><br>Defendants. | Case No. 3:16-cv-00632-MMD-CBC |

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**
**(First Request)**

COMES NOW Plaintiff, DEUTSCHE BANK NATIONAL TRUST COMPANY, SOLELY AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2005-11, and Defendants, THUNDER PROPERTIES, INC. and WINGFIELD SPRINGS COMMUNITY ASSOCIATION, by and through their undersigned counsel, and hereby stipulate and agree as follows:

2690 Lawry

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

1. On September 19, 2018, Plaintiff filed a Motion for Summary Judgment herein [ECF #34]. Responses are presently due on October 10, 2018.

2. Defendants' counsel have been required to devote time and attention to numerous other pending legal matters since the filing of the Motion for Summary Judgment which have detracted from the time available prepare a response.

3. Based upon the foregoing, Defendants have requested and shall be granted an extension of time until October 31, 2018, in which to respond to the Plaintiff's Motion for Summary Judgment.

4. This Stipulation is made in good faith and not for purpose of delay.

Dated this ___10th___ day of October, 2018.

| | |
|---|---|
| ROGER P. CROTEAU & ASSOCIATES, LTD. | WRIGHT, FINLAY & ZAK, LLP |
| /s/ *Timothy E. Rhoda*<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148<br>(702) 254-7775<br>croteaulaw@croteaulaw.com<br>***Attorney for Defendant***<br>***Thunder Properties, Inc.*** | /s/ *Michael S. Kelley*<br>MICHAEL S. KELLEY, ESQ.<br>Nevada Bar No. 10101<br>7785 W. Sahara Ave., Ste. 200<br>Las Vegas, NV 89117<br>702-475-7964<br>702-946-1345 (fax)<br>mkelley@wrightlegal.net<br>***Attorney for Plaintiff***<br>***Deutsche Bank National Trust Company*** |
| | PERRY & WESTBROOK |
| | /s/ *Alan W. Westbrook*<br>ALAN W WESTBROOK, ESQ.<br>Nevada Bar No. 6167<br>1701 W. Charleston Blvd. , Suite 200<br>Las Vegas, NV 89102<br>702-870-2400<br>702-870-8220 (fax)<br>awestbrook@perrywestbrook.com<br>***Attorney for Defendant***<br>***Wingfield Springs Community Association*** |

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

Case No. 3:16-cv-00632-MMD-CBC
STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO MOTION FOR SUMMARY JUDGMENT
(First Request)

**IT IS SO ORDERED.**

By: _____
UNITED STATES DISTRICT JUDGE

Dated: 10/10/2018