ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
2810 W. Charleston Blvd, Suite 75
Las Vegas, Nevada 89102
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**THUNDER PROPERTIES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, SOLELY AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2005-11,<br><br>Plaintiff,<br><br>vs.<br><br>WINGFIELD SPRINGS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; WESTLAND CONSTRUCTION CORP., a Nevada corporation; THUNDER PROPERTIES, INC., a Nevada corporation; DOE INDIVIDUALS I through X; and ROE CORPORATIONS 1 through 10,<br><br>Defendants. | Case No. 3:16-cv-00632-MMD-CBC |

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**
**(Second Request)**

COMES NOW Plaintiff, DEUTSCHE BANK NATIONAL TRUST COMPANY, SOLELY AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2005-11, and Defendants, THUNDER PROPERTIES, INC. and WINGFIELD SPRINGS COMMUNITY ASSOCIATION, by and through their undersigned counsel, and hereby stipulate and agree as follows:

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 W. Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

1. On September 19, 2018, Plaintiff filed a Motion for Summary Judgment herein [ECF #34]. Responses were originally due on October 10, 2018.

2. Defendants requested and were granted an extension of time until October 31, 2018, in which to respond to the Plaintiff's Motion for Summary Judgment.

3. Defendants' counsel has recently moved office locations, and has been required to devote time and attention to numerous other pending legal matters, which has significantly detracted from the time available prepare a response.

4. Based upon the foregoing, Defendant's counsel request an additional 15 day extension, up to and including November 15, 2018.

5. This Stipulation is made in good faith and not for purpose of delay.

Dated this ___31st___ day of October, 2018.

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
2810 W. Charleston Blvd, Suite 75
Las Vegas, Nevada 89102
(702) 254-7775
croteaulaw@croteaulaw.com
*Attorney for Defendant*
*Thunder Properties, Inc.*

WRIGHT, FINLAY & ZAK, LLP

/s/ *Michael Kelley*
MICHAEL S. KELLEY, ESQ.
Nevada Bar No. 10101
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
702-475-7964
702-946-1345 (fax)
mkelley@wrightlegal.net
*Attorney for Plaintiff*
*Deutsche Bank National Trust Company*

PERRY & WESTBROOK

/s/ *Alan Westbrook*
ALAN W WESTBROOK, ESQ.
Nevada Bar No. 6167
1701 W. Charleston Blvd., Suite 200
Las Vegas, NV 89102
702-870-2400
702-870-8220 (fax)
awestbrook@perrywestbrook.com
*Attorney for Defendant*
*Wingfield Springs Community Association*

2690 Lawry

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 W. Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 3:16-cv-00632-MMD-CBC
STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO MOTION FOR SUMMARY JUDGMENT
(Second Request)

**IT IS SO ORDERED.**

By: _____
     Judge, U.S. District Court

Dated: October 31, 2018

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ____31st____ day of October, 2018, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (Second Request)** to the following parties:

| | |
|---|---|
| Michael S. Kelley<br>Wright, Finlay & Zak, LLP<br>7785 W. Sahara Ave., Ste. 200<br>Las Vegas, NV 89117<br>702-475-7964<br>702-946-1345 (fax)<br>mkelley@wrightlegal.net<br>*Attorney for Plaintiff*<br>*Deutsche Bank National Trust Company* | Alan W Westbrook<br>Perry & Westbrook<br>1701 W. Charleston Blvd.<br>Suite 200<br>Las Vegas, NV 89102<br>702-870-2400<br>702-870-8220 (fax)<br>awestbrook@perrywestbrook.com<br>*Attorney for Defendant*<br>*Wingfield Springs Community Association* |
| Dana Jonathon Nitz<br>Wright, Finlay & Zak, LLP<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>702-475-7964<br>702-946-1345 (fax)<br>dnitz@wrightlegal.net<br>*Attorney for Plaintiff*<br>*Deutsche Bank National Trust Company* | Christopher V. Yergensen<br>Nevada Association Services, Inc.<br>6224 West Desert Inn Road<br>Las Vegas, NV 89146<br>702-804-8885<br>chris@nas-inc.com<br>*Attorney for Defendant*<br>*Wingfield Springs Community Association* |

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

2690 Lawry