WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
mkelley@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, solely as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2005-11*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, SOLELY AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2005-11,<br><br>      Plaintiff,<br><br>   vs.<br><br>WINGFIELD SPRINGS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; WESTLAND CONSTRUCTION CORP., a Nevada corporation; THUNDER PROPERTIES, INC., a Nevada corporation; ATC ASSESSMENT COLLECTION GROUP; DOE INDIVIDUALS I through X; and ROE CORPORATIONS 1 through 10;<br><br>      Defendants. | Case No.:    3:16-cv-00632-MMD-CBC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

     Plaintiff, Deutsche Bank National Trust Company, solely as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2005-11 ("Deutsche Bank"), Defendant, Wingfield Springs Community Association ("HOA"), and Defendant, Thunder Properties, Inc. ("Thunder") (collectively the "Parties"), by and through their counsel of

record, hereby stipulate and agree as follows:

On September 19, 2018, Deutsche Bank filed its Motion for Summary Judgment against Thunder and HOA [ECF No. 34] (the "Motion"). On October 31, 2018, HOA filed its Response to the Motion [ECF No. 37] (the "HOA's Response"). Also on October 31, 2018, the Parties stipulated to extend the deadline for Thunder to file its Response to November 15, 2018.

Presently, Deutsche Bank's deadline to file its reply to HOA's Response is November 14, 2018. The deadline for Deutsche Bank to file its reply to Thunder's response has not been determined, but based on the current briefing schedule, it would be no later than November 29, 2018.

The Parties have discussed extending the deadline for Deutsche Bank to file its Reply to HOA's Response in order to save resources and time and so Deutsche Bank only has to file one reply brief that addresses the arguments of both the HOA and Thunder. The parties agree that Deutsche Bank's Reply to HOA's Response shall be due 14 days after Thunder's response to the motion for summary judgment is filed. This is the first stipulation for extension of time for Deutsche Bank to file a reply in support of its Motion for Summary Judgment. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

1    WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED

2  that the deadline for Deutsche Bank to file its reply to HOA's Response shall be extended to 14

3  days after Thunder's response to the motion for summary judgment is filed.

4

5

6  DATED this 14th day of November, 2018.          DATED this 14th day of November, 2018.
   WRIGHT, FINLAY & ZAK, LLP                        PERRY & WESTBROOK
7
   /s/ Michael S. Kelley                            /s/ Cheryl H. Wilson
8  _____                      _____
   Dana Jonathon Nitz, Esq.                         Alan W. Westbrook, Esq.
9  Nevada Bar No. 0050                              Nevada Bar No. 6167
   Michael S. Kelley, Esq.                          Cheryl H. Wilson, Esq.
10 Nevada Bar No. 10101                             Nevada Bar No. 8312
   7785 W. Sahara Ave., Suite 200                   1701 W. Charleston Blvd., Suite 200
11 Las Vegas, Nevada 89117                          Las Vegas, NV 89102
   *Attorneys for Plaintiff, Deutsche Bank*         *Attorney for Defendant, Wingfield*
12 *National Trust Company, solely as Trustee for*  *Springs Community Association*
   *HarborView Mortgage Loan Trust Mortgage*
13 *Loan Pass-Through Certificates, Series 2005-*
   *11*
14

15 DATED this 14th day of November, 2018.
   ROGER P. CROTEAU & ASSOCIATES, LTD.
16
17 /s/ Timothy E. Rhoda
   _____
18 Timothy E. Rhoda, Esq.
   Nevada Bar No. 7878
19 9120 West Post Road, Suite 100
   Las Vegas, Nevada 89148
20 *Attorney for Defendant, Thunder Properties, Inc.*

21

22                                              IT IS SO ORDERED:

23                                              _____

24                                              _____
                                                UNITED STATES DISTRICT JUDGE
25
                                                DATED: _November 14, 2018_____
26

27

28