WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
mkelley@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, solely as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2005-11*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, SOLELY AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2005-11,<br><br>Plaintiff,<br><br>vs.<br><br>WINGFIELD SPRINGS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; WESTLAND CONSTRUCTION CORP., a Nevada corporation; THUNDER PROPERTIES, INC., a Nevada corporation; DOE INDIVIDUALS I through X; and ROE CORPORATIONS 1 through 10;<br><br>Defendants. | Case No.: 3:16-cv-00632-MMD-VPC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**(FIRST REQUEST)** |

Plaintiff, Deutsche Bank National Trust Company, solely as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2005-11 ("Plaintiff"), Defendant, Wingfield Springs Community Association ("HOA"), and Defendant, Thunder Properties, Inc. ("Thunder") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On June 4, 2019, the Court entered a Minute Order requiring the Parties to attend a settlement conference and to file a joint pretrial order 30 days following the settlement

1 conference [ECF No. 45]. The settlement conference was held on August 13, 2019, but the
2 Parties were not able to settle. Accordingly, the deadline for the Parties to file a Joint Pretrial
3 Order is September 12, 2019. Plaintiff's counsel has prepared and circulated a Proposed Joint
4 Pretrial Order, but the Parties require additional time to make their revisions and agree to a final
5 draft.
6 /././
7 /././
8 /././
9 /././
10 /././
11 /././
12 /././
13 /././
14 /././
15 /././
16 /././
17 /././
18 /././
19 /././
20 /././
21 /././
22 /././
23 /././
24 /././
25 /././
26 /././
27 /././
28 /././

WHEREAS, IT IS HEREBY STIPULATED AND AGREED that the deadline to file the Joint Pretrial Order shall be extended by one week from September 12, 2019 to September 19, 2019. This is the first stipulation for an extension of time to file the Joint Pretrial Order. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

DATED this 12th day of September, 2019.

| WRIGHT, FINLAY & ZAK, LLP | PERRY & WESTBROOK |
|---|---|
| /s/ Michael S. Kelley | /s/ Gabriel J. Czop |
| Dana Jonathon Nitz, Esq.<br>Nevada Bar No. 0050<br>Michael S. Kelley, Esq.<br>Nevada Bar No. 10101<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, Nevada 89117<br>*Attorneys for Plaintiff, Deutsche Bank National Trust Company, solely as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2005-11* | Alan W. Westbrook, Esq.<br>Nevada Bar No. 6167<br>Gabriel J. Czop, Esq.<br>Nevada Bar No. 14697<br>1701 W. Charleston Blvd., Suite 200<br>Las Vegas, NV 89102<br>*Attorneys for Defendant, Wingfield Springs Community Association* |

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ Roger P. Croteau

Roger P. Croteau, Esq.
Nevada Bar No. 4958
Timothy E. Rhoda, Esq.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Defendant, Thunder Properties, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

DATED: September 12, 2019